JONES DAY
Liat Yamini, Bar No. 251238
lyamini@jonesday.com
Niyyah Barber, Bar No. 350337
niyyahbarber@jonesday.com
555 South Flower Street, Fiftieth Floor
Los Angeles, California 90071
Tel: 213-489-3939
Fax: 213-243-2539

Lauren E. Dutkiewicz, Bar No. 329017
ldutkiewicz@jonesday.com
3161 Michelson Drive, Suite 800
Irvine, California 92612
Tel: 949-851-3939
Fax: 949-553-7535

Attorneys for Defendant
VERILY LIFE SCIENCES, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN SLOAN,<br><br>        Plaintiff,<br><br>   v.<br><br>VERILY LIFE SCIENCES, LLC, a Delaware Limited liability company,<br><br>        Defendant. | Case No. 3:24-cv-07516-EMC<br><br>STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT VERILY LIFE SCIENCES, LLC TO RESPOND TO SECOND AMENDED COMPLAINT<br><br>Second Amended Complaint: June 17, 2025<br>Complaint Filed: October 29, 2024<br>Trial Date: None |

- 1 -    Case No. 3:24-cv-07516-EMC

**STIPULATION**

Plaintiff Ryan Sloan ("Plaintiff") and Defendant Verily Life Sciences, LLC ("Defendant") by and through their attorneys of record, and pursuant to Civil Local Rule 6-1(a), hereby stipulate as follows:

1. On June 17, 2025, Plaintiff filed his Second Amended Complaint ("SAC").

2. On July 17, 2025, Defendant filed its Motion to Dismiss the SAC or, in the Alternative, to Compel Arbitration ("Motion").

3. Defendant's Motion came before the Court on August 28, 2025. The Court issued its ruling denying the Motion on September 8, 2025. As a result, and pursuant to FRCP 12(a)(4)(A), Defendant's answer is presently due on September 22, 2025.

4. Pursuant to Civil Local Rule 6-1(a), the Parties agreed to extend Defendant's deadline to respond to the SAC to September 29, 2025. The extension will not alter the date of any event or any deadline the Court has already ordered.

IT IS SO STIPULATED.

Dated: September 19, 2025         JONES DAY


                                  By: /s/Liat L. Yamini
                                      Liat L. Yamini

                                  Attorneys for Defendant
                                  VERILY LIFE SCIENCES, LLC


Dated: September 19, 2025         THE OTTINGER FIRM, P.C.


                                  By: /s/Melanie Proctor
                                      Melanie Proctor

                                  Attorneys for Plaintiff
                                  RYAN SLOAN

- 2 -                             Case No. 3:24-cv-07516-EMC

STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT VERILY LIFE SCIENCES, LLC TO RESPOND TO SECOND AMENDED COMPLAINT

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

Pursuant to Civil Local Rule 5-1(i)(3), I, Liat Yamini, attest that concurrence in the filing of this document has been obtained from the other signatories.

By: /s/Liat L. Yamini
Liat L. Yamini