JONES DAY
Liat Yamini, Bar No. 251238
lyamini@jonesday.com
Niyyah Barber, Bar No. 350337
niyyahbarber@jonesday.com
555 South Flower Street, Fiftieth Floor
Los Angeles, California 90071
Tel: 213-489-3939
Fax: 213-243-2539

Lauren E. Dutkiewicz, Bar No. 329017
ldutkiewicz@jonesday.com
3161 Michelson Drive, Suite 800
Irvine, California  92612
Tel: 949-851-3939
Fax: 949-553-7535

Attorneys for Defendant
VERILY LIFE SCIENCES, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN SLOAN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>VERILY LIFE SCIENCES, LLC, a Delaware Limited liability company,<br><br>　　　　　Defendant. | Case No. 3:24-cv-07516-EMC<br><br>STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT VERILY LIFE SCIENCES, LLC TO RESPOND TO SECOND AMENDED COMPLAINT<br><br>Second Amended Complaint: June 17, 2025<br>Complaint Filed:  October 29, 2024<br>Trial Date: None |

**STIPULATION**

Plaintiff Ryan Sloan ("Plaintiff") and Defendant Verily Life Sciences, LLC ("Defendant") by and through their attorneys of record, and pursuant to Civil Local Rule 6-1(a), hereby stipulate as follows:

1. On June 17, 2025, Plaintiff filed his Second Amended Complaint ("SAC").

2. On July 17, 2025, Defendant filed its Motion to Dismiss the SAC or, in the Alternative, to Compel Arbitration ("Motion").

3. Defendant's Motion came before the Court on August 28, 2025. The Court issued its ruling denying the Motion on September 8, 2025. As a result, and pursuant to FRCP 12(a)(4)(A), Defendant's answer was due on September 22, 2025.

4. On September 19, 2025 the Parties, pursuant to Civil Local Rule 6-1(a), agreed to extend Defendant's deadline to respond to the SAC by one week to September 29, 2025.

5. Pursuant to Civil Local Rule 6-1(a), the Parties agree to further extend Defendant's deadline to respond to the SAC by an additional week to October 6, 2025. The extension will not alter the date of any event or any deadline the Court has already ordered.

IT IS SO STIPULATED.

Dated: September 25, 2025                              JONES DAY

By: */s/ Liat L. Yamini*
      Liat L. Yamini

Attorneys for Defendant
VERILY LIFE SCIENCES, LLC

| | |
|---|---|
| Dated: September 25, 2025 | THE OTTINGER FIRM, P.C. |
| | By: */s/ Melanie Proctor* |
| | Melanie Proctor |
| | Attorneys for Plaintiff |
| | RYAN SLOAN |

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

Pursuant to Civil Local Rule 5-1(i)(3), I, Liat Yamini, attest that concurrence in the filing of this document has been obtained from the other signatories.

By: */s/ Liat L. Yamini*
Liat L. Yamini