Robert W. Ottinger (SBN 156825)
Melanie L. Proctor (SBN 228971)
**THE OTTINGER FIRM, P.C.**
2108 N Street, Suite N
Sacramento, CA 95816
Tel: 415-262-0096
Fax: 212-571-0505
robert@ottingerlaw.com
melanie@ottingerlaw.com

*Attorneys for Plaintiff*
RYAN SLOAN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| RYAN SLOAN,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>VERILY LIFE SCIENCES, LLC, a Delaware Limited liability company,<br><br>　　　　Defendant. | **Civil Action No.: 24-cv-07516-EMC**<br><br>**PLAINTIFF'S CERTIFICATION OF NON-PARTY INTERESTED ENTITIES OR PERSONS** |

1. Plaintiff is not aware of any conflict, financial or otherwise, that the presiding judge may have with the parties to the litigation.

2. Plaintiff is aware of the following persons, associations of persons, firms, partnerships, corporations (including, but not limited to, parent corporations), or any other entities, other than the parties themselves, to have either: (i) a financial interest of any kind in the subject matter in controversy or in a party to the proceeding; or (ii) any other kind of interest that could be substantially affected by the outcome of the proceeding:

///

///

1
PLAINTIFF'S CERTIFICATION OF NON-PARTY INTERESTED ENTITIES OR PERSONS
Civil Action No.: 24-cv-07516-EMC

1        a.  Alphabet, Inc., which may have a financial interest in the subject matter in

2  controversy or in a party to the proceeding.

4  Dated: October 23, 2025                           Respectfully submitted,

**THE OTTINGER FIRM, P.C.**

/s/Melanie L. Proctor
MELANIE L. PROCTOR
*Attorneys for Plaintiff Ryan Sloan*