# OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
### Northern District of California

## CIVIL MINUTES

**Date:** November 4, 2025          **Time:** 2:50-3:00          **Judge:** EDWARD M. CHEN
                                              10 Minutes

**Case No.:** 24-cv-07516-EMC          **Case Name:** Sloan v. Verily Life Sciences LLC

**Attorney for Plaintiff:** Melanie Proctor
**Attorney for Defendant:** Niyyah Barber

**Deputy Clerk:** Vicky Ayala                              **Court Reporter:** Kendra Steppler

## PROCEEDINGS HELD VIA ZOOM WEBINAR

Further Case Management Conference - held

## SUMMARY

Parties stated appearances.

Court discussed damages Plaintiff asserts totaling approximately $5.5 million. Base salary was $360K. Parties to conduct limited discovery and proceed to private mediation to be completed within 90 days. Court authorized one deposition per side (additional deposition by stipulation) and limited written discovery to key documents and interrogatories.

Court set a further CMC for March 10, 2026, at 2:30 PM via Zoom.

CASE CONTINUED TO: **3/10/2026, at 2:30 P.M., for Further Case Management Conference via Zoom.** Joint status report **due by 3/3/2026.**