1  JONES DAY
   Liat Yamini, Bar No. 251238
2  lyamini@jonesday.com
   Niyyah Barber, Bar No. 350337
3  niyyahbarber@jonesday.com
   555 South Flower Street, Fiftieth Floor
4  Los Angeles, California 90071
   Tel: 213-489-3939
5  Fax: 213-243-2539

6  Lauren E. Dutkiewicz, Bar No. 329017
   ldutkiewicz@jonesday.com
7  3161 Michelson Drive, Suite 800
   Irvine, California  92612
8  Tel: 949-851-3939
   Fax: 949-553-7535
9
   Attorneys for Defendant
10 VERILY LIFE SCIENCES LLC

11                  UNITED STATES DISTRICT COURT
12                  NORTHERN DISTRICT OF CALIFORNIA
13

14

15 RYAN SLAN,                          Case No. 3:24-cv-07516-EMC

16         Plaintiff,                  **DEFENDANT VERILY LIFE
                                       SCIENCES LLC'S DISCLOSURE OF
17    v.                               CONFLICTS AND INTERESTED
                                       ENTITIES AND PERSONS**
18 VERILY LIFE SCIENCES, LLC, a Delaware
   Limited liability company,
19                                     Second Amended Complaint: June 17, 2025
          Defendant.                   Complaint Filed: October 29, 2024
20                                     Trial Date: None Set

21

22

23

24

25

26

27

28
                                       - 1 -                   Case No. 3:24-cv-07516-EMC
   DEFENDANT'S DISCLOSURE OF CONFLICTS AND INTERESTED ENTITIES AND
                              PERSONS

1 | The undersigned is counsel of record for Defendant Verily Life Sciences LLC in the above-captioned action, and hereby submits the following disclosure statement pursuant to Civil Local Rule 3-15:

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including, but not limited to, parent corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a nonfinancial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: Alphabet Inc. – parent corporation.

Dated: December 16, 2025

JONES DAY

By: *(signature)*
Liat L. Yamini

Attorneys for Defendant
VERILY LIFE SCIENCES LLC

- 2 -   Case No. 3:24-cv-07516-EMC

DEFENDANT'S DISCLOSURE OF CONFLICTS AND INTERESTED ENTITIES AND PERSONS