JONES DAY
Liat Yamini, Bar No. 251238
lyamini@jonesday.com
Niyyah Barber, Bar No. 350337
niyyahbarber@jonesday.com
555 South Flower Street, Fiftieth Floor
Los Angeles, California 90071
Tel:  213-489-3939
Fax: 213-243-2539

Lauren E. Dutkiewicz, Bar No. 329017
ldutkiewicz@jonesday.com
3161 Michelson Drive, Suite 800
Irvine, California  92612
Tel:  949-851-3939
Fax: 949-553-7535

Attorneys for Defendant
VERILY LIFE SCIENCES LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN SLOAN,<br><br>            Plaintiff,<br><br>     v.<br><br>VERILY LIFE SCIENCES, LLC, a Delaware Limited liability company,<br><br>            Defendant. | Case No. 3:24-cv-07516-EMC<br><br>**DEFENDANT VERILY LIFE SCIENCES LLC'S CORPORATE DISCLOSURE STATEMENT**<br><br>Second Amended Complaint: June 17, 2025<br>Complaint Filed: October 29, 2024<br>Trial Date: None Set |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Verily Life Sciences LLC

discloses the following: Verily Life Sciences LLC is a subsidiary of Alphabet Inc., a publicly

traded company.  No publicly traded company holds more than 10% of Alphabet Inc.'s stock.

Dated: December 16, 2025

JONES DAY

By: _____
      Liat L. Yamini

Attorneys for Defendant
VERILY LIFE SCIENCES LLC

DEFENDANT'S CORPORATE DISCLOSURE STATEMENT