JONES DAY
Liat Yamini, Bar No. 251238
lyamini@jonesday.com
Niyyah Barber, Bar No. 350337
niyyahbarber@jonesday.com
555 South Flower Street, Fiftieth Floor
Los Angeles, California 90071
Tel: 213-489-3939
Fax: 213-243-2539

Lauren E. Dutkiewicz, Bar No. 329017
ldutkiewicz@jonesday.com
3161 Michelson Drive, Suite 800
Irvine, California 92612
Tel: 949-851-3939
Fax: 949-553-7535

Attorneys for Defendant
VERILY LIFE SCIENCES LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN SLOAN,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>VERILY LIFE SCIENCES, LLC, a Delaware Limited liability company,<br><br>　　　　　　Defendant. | Case No. 3:24-cv-07516-EMC<br><br>**DEFENDANT VERILY LIFE SCIENCES LLC'S DISCLOSURE OF CONFLICTS AND INTERESTED ENTITIES AND PERSONS**<br><br>Second Amended Complaint: June 17, 2025<br>Complaint Filed: October 29, 2024<br>Trial Date: None Set |

1 | The undersigned is counsel of record for Defendant Verily Life Sciences LLC in the above-captioned action, and hereby submits the following disclosure statement pursuant to Civil Local Rule 3-15:

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including, but not limited to, parent corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a nonfinancial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: Alphabet Inc. – parent corporation.

Dated: December 16, 2025

JONES DAY

By: _____
Liat L. Yamini

Attorneys for Defendant
VERILY LIFE SCIENCES LLC

- 2 -    Case No. 3:24-cv-07516-EMC

DEFENDANT'S DISCLOSURE OF CONFLICTS AND INTERESTED ENTITIES AND PERSONS