Robert W. Ottinger (SBN 156825)
Melanie L. Proctor (SBN 228971)
**THE OTTINGER FIRM, P.C.**
2108 N Street, Suite N
Sacramento, CA 95816
Tel: 415-262-0096
Fax: 212-571-0505
robert@ottingerlaw.com
melanie@ottingerlaw.com

*Attorneys for Plaintiff*
RYAN SLOAN

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| RYAN SLOAN,<br><br>       Plaintiff,<br><br>       vs.<br><br>VERILY LIFE SCIENCES, LLC, a Delaware Limited liability company,<br><br>       Defendant. | **Civil Action No.: 24-cv-07516-EMC**<br><br>NOTICE OF WITHDRAWAL OF ATTORNEY |

Please take notice that Melanie L. Proctor hereby withdraws as attorney of record for Plaintiff Ryan Sloan. At least one member of the firm or agency named above, and at least one member of the Bar of this Court, will continue to serve as counsel of record for the Plaintiff.

Dated: February 13, 2026                    THE OTTINGER FIRM, P.C.


                                            /s/Melanie L. Proctor
                                            MELANIE L. PROCTOR